Matter of Jerge v Sycamore Maple Family Ltd. Partnership
2026 NY Slip Op 03590
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF JAMES F. JERGE, JR., PETITIONER-RESPONDENT,
v
SYCAMORE MAPLE FAMILY LIMITED PARTNERSHIP, RESPONDENT-APPELLANT, ET AL., RESPONDENT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
479 CA 25-01761
Present: Whalen, P.J., Lindley, Ogden, Nowak, And Delconte, JJ.

HOOVER & DURLAND LLP, BUFFALO (SPENCER L. DURLAND OF COUNSEL), FOR RESPONDENT-APPELLANT.
THE KNOER GROUP, PLLC, BUFFALO (COLIN M. KNOER OF COUNSEL), FOR PETITIONER-RESPONDENT.

Appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered September 18, 2025. The order granted the petition to dissolve 504 Delaware Avenue Associates, LLC.
[*1]
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 2, 2026,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court